UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN C. WILLIAMS,<br>    Plaintiff.<br>v.<br>QUALITY LOAN SERVICES CORP., et al.,<br>    Defendants. | Case No.  14-cv-02228-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 15, 2014, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **August 29, 2014, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 15, 2014, at 2:00 PM, and for failure to comply with the Court's Order of May 14, 2014. A case management conference is also scheduled for **August 29, 2014**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: August 18, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN C. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALITY LOAN SERVICES CORP., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02228-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 8/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephan C. Williams
68 Mozden Lane
Pleasant Hill, CA 94523


Dated: 8/18/2014

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_ *[signature: Karen L. Hom]* __
　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO