UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN C. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICES CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-02228-JCS<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE AND REQUIRING SERVICE BY U.S. MARSHAL** |

    Plaintiff Stephan Williams filed this pro se action against Quality Loan Services Corp. ("QLS"), Chase Bank/JP Morgan ("Chase") and Fannie Mae asserting claims in connection with the foreclosure on his home.  The Court previously granted Williams's application to proceed in forma pauperis and reviewed the sufficiency of his Complaint pursuant to 28 U.S.C. § 1915(e). The Court determined that Williams had sufficiently pled a claim against Chase for promissory estoppel and dismissed his remaining claims, many with leave to amend.  *See* Docket No. 16.  The Court set a deadline of forty-five days from the date of that that Order for Williams to file an amended complaint.

    That deadline has passed without Williams filing any amendment.  All claims that were dismissed with leave to amend are therefore now DISMISSED WITH PREJUDICE.  Williams may proceed, however, on his promissory estoppel claim against Chase.  Pursuant to 28 U.S.C. § 1915(d), the Clerk is therefore ORDERED to issue summons as to Chase,[1] and the U.S. Marshal for the Northern District of California is ORDERED to serve a copy of each of the following documents on Chase: (1) summons; (2) the Complaint (Docket No. 1); (3) Order Dismissing

---

[1] The remaining defendants are dismissed with prejudice.

1   Complaint Pursuant To 28 USC Section 1915 With Leave To Amend (Docket No. 16); (4) the
2   Case Management Scheduling Order dated November 4, 2014 (Docket No. 19);  and (5) this
3   Order.   A case management conference is scheduled for **January 30, 2015 at 2:00 pm** in
4   Courtroom G, on the 15th floor of the San Francisco Courthouse located at 450 Golden Gate
5   Avenue.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

2