LAW OFFICES
## KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. UNDERWOOD
ELIZABETH P. BEAZLEY
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR

STACEY MYERS GARRETT
JON W. ZINKE*
ELIZABETH H. LINDH
CARA L. FINAN
SARAH TONG SANGMEISTER
JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
MELANIE L. RONEN
JOHN COX
AUDETTE PAUL MORALES
BENTLEY P. STANSBURY III
GARRETT R. WYNNE
JAMES A. MARISSEN
DAVID A. TONG
STEFAN PEROVICH
AILAN LIU

OF COUNSEL
ROBERT H. LOGAN
WILLIAM H. COLLIER, JR.
DOUGLAS R. DAVIS*†
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)

ELIZABETH A. KENDRICK
DAVID W. TAYLOR±
WILLIAM McC. MONTGOMERY

TARA B. VOSS
NATHAN R. JASKOWIAK
KENDRA S. CANAPE
JENNIFER M. PORTER
MOLLY J. HENRY†
HELEN H. LAYERLE
MICHAEL T. WEST
BRYAN A. GLESS
RYAN S. LEAN
KRISTY H. SAMBOR
ELYSE W. WHITEHEAD
TYSON W. KOVASH
ERIN WEESNER-MCKINLEY
SEAN B. COONEY

CHRISTOPHER R. FARNSWORTH
IAN ROSS
ARTHUR A. SIMPSON†
COURTNEY L. COLLINS*†
SAMANTHA W. CARLSON
HILLARY A. DARNELL
CAITLYN M. CRISP
JENNA D. BLACKMON
JOSHUA NORTON
ANNE P. DAHER
WILL P. RIFFELMACHER
FRANCESCA M. LANPHER
VALERIE I. HOLDER†

\* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
• REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

March 30, 2015

Magistrate Judge Joseph C. Spero
U.S. District Court, N.D. California
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Stephan C. Williams v. Quality Loan Services Corp., et al.*
Case No. 3:14-cv-2228 JCS
Request for Telephonic Appearance at April 3, 2015 CMC
Our File No.: 7365-1456

Dear Judge Spero:

Francesca Lanpher, attorney appearing for JPMorgan Chase Bank, N.A. at the Case Management Conference scheduled for Friday, April 3, 2015 at 2:00 p.m. respectfully requests to appear telephonically.

The phone number at which I can be reached is: (415) 398-6000, extension 496.

Thank you for your attention to this request.

Very truly yours,

Francesca M. Lanpher
*francesca.lanpher@kyl.com*

IT IS SO ORDERED.
Dated: 3/30/15     /s/ Joseph C. Spero
                   Chief Magistrate Judge

FML:ml (KYL_SF676217)

LONG BEACH OFFICE
400 OCEANGATE
LONG BEACH, CA 90802
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 3300
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
SUITE 1603
299 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189