1  PHILIP A. MCLEOD, CASB No. 101101
   philip.mcleod@kyl.com
2  FRANCESCA M. LANPHER, CASB No. 299318
   will.riffelmacher@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:     (415) 398-6000
   Facsimile:      (415) 981-0136
6
   Attorneys for Defendants
7  JPMORGAN CHASE BANK, N.A., erroneously sued herein as Chase Bank / JP Morgan, N.A., a
   corporation, and FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA) aka FANNIE
8  MAE

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  STEPHAN C. WILLIAMS,                        )  Case No. 3:14-cv-2228 JCS
                                                )
13                              Plaintiff,       )  [PROPOSED] ORDER CONTINUING
                                                )  SETTLEMENT CONFERENCE
14            vs.                               )
                                                )
15  QUALITY LOAN SERVICES CORP., a             )
    California corporation, CHASE BANK/JP      )
16  MORGAN, N.A., a corporation, the FEDERAL   )
    NATIONAL MORTGAGE ASSOCIATION              )
17  (FNMA), aka FANNIE MAE, and DOES 1         )
    through 10, inclusive,                      )
18                                              )
                                Defendants.      )
19  _____)

20

21        Having reviewed the parties' stipulation to continue the settlement conference to June 17,

22  2015,

23        IT IS HEREBY ORDERED that the settlement conference originally set for May 1, 2015 is

24  continued to June 17, 2015 at  11:00 am   .

25

26  DATED:  4/27/15
                                        _____
27                                       THE HONORABLE KANDIS A. WESTMORE
                                         UNITED STATES MAGISTRATE JUDGE
28

                                    - 1 -                       KYL_SF678784
    [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
    Case No. 3:14-cv-2228 JCS