UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHAN C. WILLIAMS,

    Plaintiff,

    v.

CHASE BANK/JP MORGAN, N.A.,

    Defendant.

Case No. 14-cv-02228-JCS   (KAW)

**ORDER EXCUSING PERSONAL ATTENDANCE**

Re: Dkt. No. 68

On July 10, 2015, Defendant filed a letter indicating that its representative is unable to attend the further settlement conference currently set for July 30, 2015. Good cause appearing, Defendant's representative is excused from personally attending the settlement conference.

IT IS SO ORDERED.

Dated: 07/17/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge