LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.  STACEY MYERS GARRETT  TARA B. VOSS  CHRISTOPHER R. FARNSWORTH
STEPHEN YOUNG  JON W. ZINKE°  NATHAN R. JASKOWIAK  IAN ROSS
MICHAEL M. GLESS  ELIZABETH H. LINDH  KENDRA S. CANAPE  ARTHUR A. SIMPSON†
PETER R. BOUTIN  CARA L. FINAN  JENNIFER M. PORTER  COURTNEY L. COLLINS*†
SCOTT T. PRATT  SARAH TONG SANGMEISTER  MOLLY J. HENRY†  SAMANTHA W. CARLSON
TERRY ROSS  JULIE A. KOLE‡  HELEN H. LAYERLE  HILLARY A. DARNELL
JOHN D. GIFFIN  DAVID D. PIPER  MICHAEL T. WEST  CAITLYN M. CRISP
PHILIP A. McLEOD  GLEN R. PIPER  BRYAN A. GLESS  JENNA D. BLACKMON
NEAL SCOTT ROBB  SANDOR X. MAYUGA  RYAN S. LEAN  JOSHUA NORTON
BEN SUTER  ESTHER E. CHO  KRISTY H. SAMBOR  ANNE P. DAHER
ALBERT E. PEACOCK III§  CHRISTOPHER A. STECHER  ELYSE W. WHITEHEAD  WILL P. RIFFELMACHER
ROBERT J. STEMLER  MELANIE L. RONEN‡  TYSON W. KOVASH  FRANCESCA M. LANPHER
LISA M. BERTAIN  JOHN COX  ERIN WEESNER-McKINLEY  VALERIE I. HOLDER†
ROBERT J. BOCKO*†  AUDETTE PAUL MORALES  SEAN B. COONEY  IGOR V. STADNIK†
MICHELE R. UNDERWOOD  BENTLEY P. STANSBURY III
ELIZABETH P. BEAZLEY  GARRETT R. WYNNE
HERBERT H. RAY, JR.*†  JAMES A. MARISSEN
JODI S. COHEN  DAVID A. TONG
PHILIP R. LEMPRIERE*‡  STEFAN PEROVICH
JULIE L. TAYLOR‡  AILAN LIU

OF COUNSEL
ROBERT H. LOGAN  ELIZABETH A. KENDRICK
WILLIAM H. COLLIER, JR.  DAVID W. TAYLOR±
DOUGLAS R. DAVIS*†  WILLIAM McC. MONTGOMERY
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)

\*    ADMITTED IN ALASKA
†    ADMITTED IN WASHINGTON
‡    ADMITTED IN WASHINGTON & CALIFORNIA
§    ADMITTED IN ALASKA & CALIFORNIA
+    ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
°    REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
     OF HONG KONG & ADMITTED IN NEW YORK
±    SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
     IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

August 21, 2015

Magistrate Judge Joseph C. Spero
U.S. District Court, N.D. California
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Stephan C. Williams v. Quality Loan Services Corp., et al.*
            Case No. 3:14-cv-2228 JCS
           Request for Telephonic Appearance at August 28, 2015 CMC
           Our File No.:  7365-1456

Dear Judge Spero:

      Philip McLeod, attorney appearing for JPMorgan Chase Bank, N.A. at the Case Management Conference scheduled for Friday, August 28, 2015 at 2:00 p.m. respectfully requests to appear telephonically.

      The phone number at which I can be reached is: (415) 398-6000, extension 417.

      Thank you for your attention to this request.

IT IS HEREBY ORDERED THAT Mr. McLeod shall be on phone standby and await the Court's call.
Dated: 8/21/15

Very truly yours,

*[signature]*

Philip A. McLeod
*philip.mcleod@kyl.com*

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

PM:fml  (KYL_SF688198)
  cc:  Mr. Stephan C. Williams
       (via overnight mail)

LONG BEACH OFFICE
400 OCEANGATE
LONG BEACH, CA 90802
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK  99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 3300
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
SUITE 1603
299 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF San Francisco**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California  94133.

On August 21, 2015, I served the foregoing documents described as **Letter to Magistrate Judge Joseph C. Spero re: Request for Telephonic Appearance at August 28, 2015 Case Management Conference** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephan C. Williams | Telephone: 925-997-9268 |
| 224 Bittercreek Drive | Facsimile: |
| Folsom, CA 95630 | Email: scwlaw2014@gmail.com |
| | Plaintiff *in pro per* |

☑ **BY OVERNIGHT DELIVERY:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2015 at San Francisco, California.

*M. Schilt*
_____
Maria Celina M. Schilt