```
 1  PHILIP A. MCLEOD, CASB No. 101101
    FRANCESCA M. LANPHER, CASB No. 299318
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  450 Pacific Avenue
    San Francisco, California  94133
 4  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 5
    Attorneys for Defendant
 6  JPMORGAN CHASE BANK, N.A., erroneously sued herein as Chase Bank /
    JP Morgan, N.A., a corporation
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN C. WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICES CORP., a California corporation, CHASE BANK/JP MORGAN, N.A., a corporation, the FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA), aka FANNIE MAE, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 14-cv-2228 JCS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff STEPHEN C. WILLIAMS and Defendant JPMORGAN CHASE BANK, N.A., (erroneously sued as Chase Bank/JP Morgan, N.A.) (collectively, the foregoing shall be referred to as "Parties") hereby stipulate as follows:

### RECITALS

WHEREAS, Plaintiff filed his Complaint in the above-referenced case on May 14, 2014;

WHEREAS, the Parties have agreed to settle and are in the process of fulfilling the material terms of the Settlement Agreement;

THEREFORE, the Parties, hereby STIPULATE that this matter has been settled and agree that

- 1 -

KYL_SF691588

STIPULATION OF DISMISSAL - Case No. 14-cv-2228 JCS

this action should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED: 10-10-15

_____
STEPHEN C. WILLIAMS

DATED: 10/29/15

_____
PHILIP A. MCLEOD
FRANCESCA M. LANPHER
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously sued herein as Chase Bank / JP Morgan, N.A., a corporation

Dated: 11/2/15

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION OF DISMISSAL - Case No. 14-cv-2228 JCS

KYL_SF691588

**CERTIFICATE OF SERVICE**
*Williams v. Quality Loan Services Corp, et al.*
CASE NO. 3:14-CV-2228 JCS

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On October 29, 2015, I served the foregoing documents described as **STIPULATION OF DISMISSAL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Stephan C. Williams** | Telephone: 925-997-9268 |
| **224 Bittercreek Drive** | Facsimile: |
| **Folsom, CA 95630** | Email: scwlaw2014@gmail.com |

**Plaintiff** *in pro per*

☑ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 29, 2015** at San Francisco, California.

*M. Schilt*
Maria Celina M. Schilt